UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL JACOB CLARK,
       Plaintiff,

-v-

STERLING INFOSYSTEMS, INC.,
       Defendant.

22-CV-3838 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

  All filing deadlines and conference dates are adjourned *sine die*.

  SO ORDERED.

Dated: July 15, 2022
   New York, New York

              _____
                 J. PAUL OETKEN
               United States District Judge